
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| GARY CARRIGAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:10-cv-1089 |
| | ) Judge Trauger |
| ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL

Pursuant to Section III(C)(3) of the Court's Practice and Procedure Manual and Local Rule 7.01(b), Defendant Arthur J. Gallagher Risk Management Services, Inc., ("AJGRMS"), respectfully moves for leave to file a Supplemental Brief in Support of Defendant's Motion to Compel. AJGRMS moves to file this brief for the following reasons: (1) to apprise the Court of discovery responses that Plaintiff submitted eight days after AJGRMS filed its Motion to Compel; (2) to withdraw AJGRMS's motion with respect to Document Request Numbers 18-26, 28-42 and 49-51, in light of Plaintiff's belated responses; and (3) to continue to seek the Court's relief on discovery, given that Plaintiff's responses to Document Request Numbers 27 and 43-48 are still deficient.

A copy of Defendant's proposed brief is attached hereto as Exhibit A.