IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY CARRIGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | CASE NO. 3:10-1089 |
| ) | JUDGE TRAUGER/KNOWLES |
| ) | |
| ) | |
| ARTHUR J. GALLAGHER RISK ) | |
| MANAGEMENT SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

On July 13, 2011, Defendant filed a Motion to Compel. Docket No. 30. On August 23, 2011, Defendant filed a "Notice on Defendant's Motion to Compel," in which Defendant "respectfully withdraws" the Motion to Compel. Docket No. 35.

Thus, the MOTION TO COMPEL (Docket No. 30) is deemed withdrawn.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge