IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY CARRIGAN, ) | |
| ) | |
| Plaintiff/Counter-defendant, ) | |
| ) | |
| v. ) | Civil No. 3:10-1089 |
| ) | Judge Trauger |
| ARTHUR J. GALLAGHER RISK ) | |
| MANAGEMENT SERVICES, INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

### O R D E R

Given the impending trial date and the relative simplicity of the issue, it is hereby

**ORDERED** that the plaintiff shall respond to the defendant's Motion For Default (Docket No. 55) by May 25, 2012.

It is so **ORDERED**.

ENTER this 21st day of May 2012.

_____
ALETA A. TRAUGER
U.S. District Judge