IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GARY CARRIGAN, | ) |
|     Plaintiff, | ) ) ) Case No. 3:10-cv-1089 ) Judge Trauger |
| v. | ) ) |
| ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC., | ) ) ) |
|     Defendant. | ) |

### ORDER

For the reasons expressed in the accompanying Memorandum, summary judgment is **GRANTED** in the plaintiff's favor on his claim for breach of contract and AJGRMS' Motion for Default (Docket No. 55) is **DENIED**. The only liability issue remaining is AJGRMS' counterclaim for abuse of process, which the court may rule on as a matter of law at the pretrial conference. The court has already found that the plaintiff is liable to AJGRMS on its breach of contract counterclaim in the amount of $47,611.69. Thus, the only damages issue remaining is the amount of damages the plaintiff is entitled to recover as a result of AJGRMS' breach of the non-compete clause contained in the Sale Agreement.

It is so ordered.

Enter this 30th day of May 2012.

_____
ALETA A. TRAUGER
United States District Judge

1