**Motion GRANTED.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| GARY CARRIGAN, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | Case No. 3:10-cv-1089 |
| v. ) | |
| ) | Judge Trauger |
| ARTHUR J. GALLAGHER RISK ) | |
| MANAGEMENT SERVICES, INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |

### MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF DEFENDANT/COUNTER-PLAINTIFF'S MOTIONS IN LIMINE

Defendant/Counter-Plaintiff respectfully moves for leave to file a short reply brief in support of its motions in limine. Its proposed reply brief is attached hereto as Exhibit A. Gallagher wishes to file this brief so as to directly respond to Plaintiff's assertion that Gallagher has somehow acted to improperly deny Plaintiff written discovery responses. (*See* Docket No. 78, at 3). This assertion is not supported by the record. Additionally, Gallagher wishes to directly respond to another new damage theory set forth by Plaintiff in his filing yesterday evening. Plaintiff will suffer no prejudice by the submission of this reply brief, and this filing will let the Court know in advance of the pretrial conference what Gallagher's positions are with respect to these issues.

For the foregoing reasons, Gallagher respectfully moves for leave to file a reply brief.