# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

GARY CARRIGAN,                                )
                                             )
    Plaintiff/Counter-Defendant,          )
                                             )
v.                                           )          Civil No. 3:10-1089
                                             )          Judge Trauger
ARTHUR J. GALLAGHER RISK                      )
MANAGEMENT SERVICES, INC.,                    )
                                             )
    Defendant/Counter-Plaintiff.          )

## O R D E R

It is hereby **ORDERED** that, by 12:00 noon on Saturday, June 9, 2012, plaintiff's counsel shall furnish to defense counsel copies of all exhibits on his exhibit list.

It is further **ORDERED** that, by 12:00 noon on Monday, June 11, 2012, the parties shall file briefs as to the specificity of damages required in a case involving breach of a restrictive covenant.

It is further **ORDERED** that, by agreement of the parties, this case is converted from a jury trial to a bench trial, to be held on Tuesday, June 12, 2012.

It is so **ORDERED**.

ENTER this 8th day of June 2012.

_____
ALETA A. TRAUGER
U.S. District Judge