IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GARY CARRIGAN, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-1089 |
| | ) | Judge Trauger |
| ARTHUR J. GALLAGHER RISK | ) | |
| MANAGEMENT SERVICES, INC., | ) | |
| | ) | |
| Defendant/Counter-Plaintiff. | ) | |

**O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within seven (7) days of the entry of this Order.

The bench trial set for June 12, 2012 is **CANCELLED**.

It is so **ORDERED**.

ENTER this 8th day of June 2012.

_____
ALETA A. TRAUGER
U.S. District Judge